**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMATARI HOBOBO, | ) NO. CV 11-4862-PA (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LELAND S. McEWAN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: June 5, 2013

                                                    PERCY ANDERSON
                                    UNITED STATES DISTRICT JUDGE